■ ANTHONY O'FLAHERTY et al., Individually and as Shareholders of 126 Chambers Street Corp., Respondents, v ROSLYN SCHWIMMER, Individually and as Administratrix of the Estate of SOL SCHWIMMER, Deceased, Appellant. [618 NYS2d 1012] —Order, Supreme Court, New York County (Peter Tom, J.), entered September 22, 1993, unanimously affirmed for the reasons stated by Tom, J., with costs and disbursements. No opinion. Concur—Wallach, J. P., Kupferman, Ross, Asch and Rubin, JJ. *[See,* 158 Misc 2d 420.]